UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY WURTH,<br><br>Defendant. | PO-16-5114-GF-JTJ<br>Ticket Number: 6531052<br>Location Code: M23F<br>Disposition Code: TE<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Timothy Wurth, was present in court was found guilty following a bench trial to the charge of: NO LICENSE PLATES OR REGISTRATION WHILE IN OPERATION ON NWR.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1. Defendant must pay a fine in the amount of $50.00 plus $25.00 Special Assessment for NO LICENSE PLATES OR REGISTRATION WHILE IN OPERATION ON NWR, for a total of $75.00. The fine has been paid in full.

Pursuant to 18 U.S.C. " 3402 & 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the judgment of conviction and sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken,

serving a copy of the statement upon the United States Attorney (personally or by mail), and filing a copy with Magistrate Judge Johnston.  If you appeal, you will be required to pay a $37 fee pursuant to 28 U.S.C. '1914, Fee Schedule, subsection (10), at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the Aoriginal papers and exhibits in the case together with any transcript, tape, or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court.@  Fed. R. Crim. P. 58(g)(2)(C).


Date of Imposition of Judgment: October 20, 2016.


October 25, 2016
Date Signed

                                                JOHN JOHNSTON
                                                United States Magistrate Judge